# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUNDRA HOWARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN COLVIN, *et al.*,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:22-cv-00022-RAJ |

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendant Carolyn Colvin, against Plaintiff Shaundra Howard.

DATED this 15th day of January, 2025.

　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　By:　*/s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　Deputy Clerk