Shaundra Howard
24827 117TH Place SE,
Kent, Washington 98030
shaundra_howard@msn.com

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Shaundra Howard<br>Plaintiff,<br>vs.<br>Carolyn Colvin in her official capacity as Head of the UNITED STATES SOCIAL SECURITY ADMINISTRATION AND JOHN DOES 1-10<br>Defendants. | Case No. 2:22-cv-00022-RAJ |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff, Shaundra Howard, hereby appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment in this action (ECF # 47), entered on January 15, 2025, and from the order denying plaintiff's motion for substitution (ECF # 31), entered on November 2, 2023 and from the order denying plaintiff's partial motion for summary judgment (ECF # 24), entered on February 21, 2023, and from the order granting defendants' motion for summary judgment (ECF # 46) entered on January 14, 2025

January 28, 2025

Respectfully submitted,

Shaundra Howard

24827 117TH Place SE, Kent, Washington 98030
shaundra_howard@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was DELIVERED BY HAND to:

U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

sarah.bishop@usdoj.gov,
rebecca.cohen@usdoj.gov

January 28, 2025

Respectfully submitted,

Shaundra Howard
24827 117TH Place SE, Kent, Washington 98030
shaundra_howard@msn.com